IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEFFREY PERRY,                          :
        Plaintiff                       :
     v.                                  : Case No. 3:23-cv-157-KAP
MICHELLE IVICIC, Deputy                 :
Superintendent, *et al.*,               :
        Defendants                      :

Memorandum Order

     Since plaintiff is not proceeding *in forma pauperis*, he must serve the defendants as provided in Fed.R.Civ.P. 4(m):

     If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

     Plaintiff must effect proper service under Rule 4 on defendants and make proof of service under Rule 4(l)(1) on or before November 1, 2023, or the complaint will be dismissed without prejudice as provided in Rule 4(m) as to any defendant not served. If plaintiff wants the Marshal to make service (at plaintiff's expense) on the defendants he should file a motion requesting an order to that effect.

DATE:   July 18, 2023                  _____

                                    Keith A. Pesto,
                                    United States Magistrate Judge

Notice by U.S. Mail to:

Jeffrey Perry KK-6884
S.C.I. Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698