IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEFFREY PERRY,                          :
        Plaintiff                :
     v.                              : Case No. 3:23-cv-157-KAP
MICHELLE IVICIC, Deputy                 :
Superintendent, *et al.*,               :
        Defendants               :

Memorandum Order

    Plaintiff's motion for service by the Marshal, ECF no. 5, is granted.

    If plaintiff has not already done so plaintiff shall send the Clerk forms for service and a copy of the complaint for each defendant. The Clerk shall if necessary send blank service forms for plaintiff to complete. The Marshal shall serve the complaint on defendants at the direction of the plaintiff (the Marshal shall send waiver of service forms first). Since the plaintiff is not proceeding *in forma pauperis*, costs of service will be advanced by the plaintiff.

DATE:  August 7, 2023 _____        _____
                                  Keith A. Pesto,
                                  United States Magistrate Judge

Notice by U.S. Mail to:

Jeffrey Perry KK-6884
S.C.I. Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698